UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
Attorneys for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

Case No: 22-17061 JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

In Re:
Christopher T. Pacheco a/k/a Christopher Trumain Pacheco a/k/a Chris T. Pacheco a/k/a Christoph T. Pacheco

Debtor(s).

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 09/09/2022

/s/ *Denise Carlon*
Denise Carlon
09 Sep 2022, 15:42:24, EDT

**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: b2a573a20e61c2f3aef8f6926095c4c873515123088a59cc9b53b3a4699523a3