Certificate Number: 14912-NJ-DE-036841313

Bankruptcy Case Number: 22-17061



14912-NJ-DE-036841313

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2022, at 2:28 o'clock PM EDT, Christopher Pacheco completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 19, 2022            By:   /s/Jai Bhatt

                                      Name: Jai Bhatt

                                      Title:  Counselor