Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−17061−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Christopher T. Pacheco
  aka Christopher Trumain Pacheco, aka
  Chris T. Pacheco, aka Christoph T.
  Pacheco
  330 Monroe Ave
  Woodbine, NJ 08270

Social Security No.:
  xxx−xx−3332

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           11/16/22
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 27, 2022
JAN: lgr

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher T. Pacheco  
    Debtor

Case No. 22-17061-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2  
Date Rcvd: Sep 27, 2022      Form ID: 132      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher T. Pacheco, 330 Monroe Ave, Woodbine, NJ 08270-2317 |
| cr | + | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519698763 | | FB&T/Mercury, 700 22nd Avenue South, Brookings, SD 57006 |
| 519698764 | + | FT&T/Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 519698772 | | Macys/Citi Bank, N.A., 911 Duke Blvd, Mason, OH 45040 |
| 519698773 | + | Macys/Citi Bank, N.A., PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519698779 | + | Woodbine Borough Office, 501 Washington Ave, Woodbine, NJ 08270-2024 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2022 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2022 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519698755 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2022 20:24:07 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519698759 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2022 20:24:11 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519698761 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 27 2022 20:24:11 | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519698767 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2022 20:27:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519698768 | | Email/Text: assetrecovery@jerseyshorefcu.org | Sep 27 2022 20:27:00 | Jersey Shore FCU, 1434 New Rd, Northfield, NJ 08225 |
| 519698771 | ^ | MEBN | Sep 27 2022 20:23:16 | Lending Point LLC, 1201 Roberts Blvd, Bldg B200, Kennesaw, GA 30144-3612 |
| 519698774 | ^ | MEBN | Sep 27 2022 20:22:46 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519698775 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 27 2022 20:28:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519710585 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 27 2022 20:28:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519698776 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 27 2022 20:27:00 | State Of NJ, Division Of Taxation, PO Box 245, Dept. Of Treasury, Trenton, NJ 08695-0245 |

| 519698777 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2022 20:34:43 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 519698778 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2022 20:34:48 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519698756 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519698757 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519698758 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519698760 | *+ | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519698762 | *+ | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519698765 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519698766 | * | Internal Revenue Service, PO Box 725 Special Procedures Function, Springfield, NJ 07081 |
| 519698769 | *P++ | JERSEY SHORE FCU, 1434 NEW ROAD, NORTHFIELD NJ 08225-1104, address filed with court:, Jersey Shore FCU, 1434 New Rd, Northfield, NJ 08225 |
| 519698770 | *P++ | JERSEY SHORE FCU, 1434 NEW ROAD, NORTHFIELD NJ 08225-1104, address filed with court:, Jersey Shore FCU, 1434 New Rd, Northfield, NJ 08225 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022        Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Seymour Wasserstrum | on behalf of Debtor Christopher T. Pacheco mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5