UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing, LLC

In Re:

Christopher Pacheco,

Debtor.

Case No.:  22-17061-JNP
Chapter:  13
Hearing Date:  1/31/2023
Judge:  Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 330 Monroe Avenue, Woodbine, NJ (Docket # 20)

_____

Date: 1/30/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*