UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 201-549-2363
dcarlon@kmllawgroup.com
Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loan Inc.

Order Filed on February 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-17061 JNP

In Re:
    Christopher T. Pacheco a/k/a Christopher Trumain Pacheco a/k/a Chris T. Pacheco a/k/a Christoph T. Pacheco

Hearing Date: 1/31/2023 @ 11:00 a.m.

Judge: Jerrold N. Poslusny, Jr.

## ORDER CURING POST-PETITOIN ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: February 17, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Christopher T. Pacheco a/k/a Christopher Trumain Pacheco a/k/a Chris T. Pacheco a/k/a Christoph T. Pacheco
Case No: 22-17061 JNP
Caption of Order: ORDER CURING POST-PETITON ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loan Inc., Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 330 Monroe Avenue Woodbine, NJ, 08270, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Seymour Wasserstrum, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 6, 2023 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due December 2022 through February 2023 for a total post-petition default of $2,535.00 (3 @ $1,007.00 less $486.00 in suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $2,535.00 will be paid by Debtor remitting $422.50 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on March 1, 2023 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume March 1, 2023, directly to Secured Creditor's servicer, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., 635 Woodward Avenue Detroit, MI 48226 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                            Case No. 22-17061-JNP
Christopher T. Pacheco                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                           User: admin                          Page 1 of 2
Date Rcvd: Feb 17, 2023                Form ID: pdf903                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

**Recip ID**            **Recipient Name and Address**
db                    +   Christopher T. Pacheco, 330 Monroe Ave, Woodbine, NJ 08270-2317

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2023                                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Seymour Wasserstrum | on behalf of Debtor Christopher T. Pacheco mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Feb 17, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 6