Order Filed on May 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>1040 Kings Highway North, Suite 100<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Jersey Shore Federal Credit Union | |
| In Re:<br><br>Christopher T. Pacheco,<br><br>                    Debtor. | Case No.:   22-17061-JNP<br><br>Chapter:    13<br><br>Hrg Date:   May 2, 2023 at 11AM<br><br>Judge:      Hon. Jerrold N. Poslusny, Jr. |

## CONSENT ORDER RESOLVING JERSEY SHORE FEDERAL CREDIT UNION'S MOTION FOR RELIEF FROM STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: May 25, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: Christopher T. Pacheco
Case No. 22-17061-JNP
Caption of Order: Consent Order Resolving Jersey Shore Federal Credit Union's Motion for Relief from Stay

---

This matter having come before the Court upon the Motion of Jersey Shore Federal Credit Union ("Credit Union") for relief from the automatic stay ("Motion") as to a 2017 Jeep Grand Cherokee ("Vehicle"); Christopher T. Pacheco ("Debtor") having filed opposition; the Credit Union having filed the Motion due to Debtor's pre-and-post-petition arrears; and the parties having come to an agreement to resolve the Motion; now therefore;

It is hereby ORDERED as follows:

1. Debtor shall pay $4,086.20 to the Credit Union through the Plan to cure all pre-petition arrears ($761.24, as set forth on Claim No. 2), plus all post-petition arrears incurred through April 2023 ($3,324.96).

2. Debtor shall resume direct, ongoing post-petition payments to the Credit Union under the terms of the loan documents beginning May 15, 2023.

3. Debtor shall maintain the required insurance coverage on the Vehicle and provide proof of insurance to the Credit Union or its counsel upon request.

4. Within seven (7) days of the entry of this Order, the Credit Union shall file a withdrawal of its objection to Debtor's Plan.

5. In the event Debtor defaults on his direct post-petition payments to the Credit Union; or in the event Debtor defaults on his Plan payments; or in the event Debtor fails to keep the Vehicle properly insured or refuses to provide proof of insurance, then the Credit Union may file a Certification of Default on 14-day notice and seek termination of the automatic stay as to the Vehicle.

| | |
|---|---|
| /s/ Rebecca K. McDowell | [signature] |
| Rebecca K. McDowell, Esq. | Seymour Wasserstrum, Esq. |
| Saldutti Law Group | Law Offices of Seymour Wasserstrum |
| 1040 Kings Highway North, Suite 100 | 205 W. Landis Avenue |
| Cherry Hill, NJ 08034 | Vineland, New Jersey 08360 |
| (856) 324-5014 | (856) 696-8300 |
| rmcdowell@slgcollect.com | Lawfirm2023@aol.com |
| Counsel for Jersey Shore FCU | Counsel for the Debtor |