Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−17061−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher T. Pacheco
   aka Christopher Trumain Pacheco, aka
   Chris T. Pacheco, aka Christoph T.
   Pacheco
   330 Monroe Ave
   Woodbine, NJ 08270

Social Security No.:
   xxx−xx−3332

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 8, 2023.

Dated: June 8, 2023
JAN: jpl

                     Jeanne Naughton
                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                    Case No. 22-17061-JNP
Christopher T. Pacheco                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                                  Page 1 of 3
Date Rcvd: Jun 08, 2023                Form ID: plncf13                                       Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher T. Pacheco, 330 Monroe Ave, Woodbine, NJ 08270-2317 |
| 519698764 | + | FT&T/Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 519698772 | | Macys/Citi Bank, N.A., 911 Duke Blvd, Mason, OH 45040 |
| 519698779 | + | Woodbine Borough Office, 501 Washington Ave, Woodbine, NJ 08270-2024 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 08 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 08 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Jun 08 2023 21:04:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519698755 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 08 2023 21:21:41 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519752104 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 08 2023 21:11:23 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519744987 | | Email/Text: bnc-quantum@quantum3group.com | Jun 08 2023 21:05:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519698759 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2023 21:11:23 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519698761 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 08 2023 21:11:26 | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519698763 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 08 2023 21:04:00 | FB&T/Mercury, 700 22nd Avenue South, Brookings, SD 57006-2822 |
| 519698767 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 08 2023 21:04:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519698768 | | Email/Text: assetrecovery@jerseyshorefcu.org | Jun 08 2023 21:04:00 | Jersey Shore FCU, 1434 New Rd, Northfield, NJ 08225 |
| 519735060 | + | Email/Text: rmcdowell@slgcollect.com | Jun 08 2023 21:04:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 519740267 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2023 21:11:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

District/off: 0312-1 User: admin Page 2 of 3
Date Rcvd: Jun 08, 2023 Form ID: plncf13 Total Noticed: 27

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519698771 | ^ | MEBN | Jun 08 2023 21:04:21 | Lending Point LLC, 1201 Roberts Blvd, Bldg B200, Kennesaw, GA 30144-3612 |
| 519698773 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2023 21:11:00 | Macys/Citi Bank, N.A., PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519698774 | ^ | MEBN | Jun 08 2023 21:03:35 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519766189 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 08 2023 21:21:44 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk VA 23541 |
| 519755976 | | Email/Text: bnc-quantum@quantum3group.com | Jun 08 2023 21:05:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519698775 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 08 2023 21:05:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519710585 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 08 2023 21:05:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519698776 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 08 2023 21:04:00 | State Of NJ, Division Of Taxation, PO Box 245, Dept. Of Treasury, Trenton, NJ 08695-0245 |
| 519698777 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2023 21:21:43 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 519698778 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 08 2023 21:21:42 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519698756 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519698757 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519698758 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519698760 | *+ | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519698762 | *+ | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519698765 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519698766 | * | Internal Revenue Service, PO Box 725 Special Procedures Function, Springfield, NJ 07081 |
| 519698769 | *P++ | JERSEY SHORE FCU, 1434 NEW ROAD, NORTHFIELD NJ 08225-1104, address filed with court:, Jersey Shore FCU, 1434 New Rd, Northfield, NJ 08225 |
| 519698770 | *P++ | JERSEY SHORE FCU, 1434 NEW ROAD, NORTHFIELD NJ 08225-1104, address filed with court:, Jersey Shore FCU, 1434 New Rd, Northfield, NJ 08225 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Seymour Wasserstrum | on behalf of Debtor Christopher T. Pacheco mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7