UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire – RM3223
1040 Kings Highway North, Suite 100
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for Jersey Shore Federal Credit Union

In Re:

Christopher T. Pacheco,

                Debtor.

Case No.:   22-17061-JNP

Chapter:    13

Hrg Date:

Judge:     Hon. Jerrold N. Poslusny, Jr.

## ORDER TERMINATING STAY AS TO MOTOR VEHICLE

The relief set forth on the following page is hereby ORDERED.

Page 2
Debtor: Christopher T. Pacheco
Case No. 22-17061-JNP
Caption of Order: Order Terminating Stay as to Motor Vehicle

Upon the motion of JERSEY SHORE FEDERAL CREDIT UNION, by and through counsel, Saldutti Law Group, pursuant to 11 U.S.C. § 362(d)(1), for relief from the automatic stay as to the motor vehicle described below; the Court having reviewed the Motion and any opposition filed thereto, if any, and heard oral argument, if any; now therefore;

It is on this day ORDERED:

1. that the automatic stay is vacated to permit Jersey Shore Federal Credit Union to pursue its rights under applicable non-bankruptcy law as to the motor vehicle described below, including repossession, sale, and all actions incident thereto;

2. that this Order shall be immediately effective notwithstanding Fed. R. Bankr. P. 4001(a)(3); and

3. that the conversion to any other Chapter of the U.S. Bankruptcy Code shall not affect the relief granted herein.

**Description of Subject Property**

2017 Jeep Grand Cherokee, VIN Ending 5630