| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>1040 Kings Highway North, Suite 100<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Jersey Shore Federal Credit Union | Order Filed on August 10, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Christopher T. Pacheco,<br><br>　　　　　　　　　Debtor. | Case No.:　22-17061-JNP<br><br>Chapter:　13<br><br>Hrg Date:<br><br>Judge:　Hon. Jerrold N. Poslusny, Jr. |

## ORDER TERMINATING STAY AS TO MOTOR VEHICLE

The relief set forth on the following page is hereby ORDERED.

**DATED: August 10, 2023**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: Christopher T. Pacheco
Case No. 22-17061-JNP
Caption of Order: Order Terminating Stay as to Motor Vehicle

Upon the motion of JERSEY SHORE FEDERAL CREDIT UNION, by and through counsel, Saldutti Law Group, pursuant to 11 U.S.C. § 362(d)(1), for relief from the automatic stay as to the motor vehicle described below; the Court having reviewed the Motion and any opposition filed thereto, if any, and heard oral argument, if any; now therefore;

It is on this day ORDERED:

1. that the automatic stay is vacated to permit Jersey Shore Federal Credit Union to pursue its rights under applicable non-bankruptcy law as to the motor vehicle described below, including repossession, sale, and all actions incident thereto;

2. that this Order shall be immediately effective notwithstanding Fed. R. Bankr. P. 4001(a)(3); and

3. that the conversion to any other Chapter of the U.S. Bankruptcy Code shall not affect the relief granted herein.

**Description of Subject Property**

2017 Jeep Grand Cherokee, VIN Ending 5630