| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>1040 Kings Highway North, Suite 100<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Jersey Shore Federal Credit Union | Order Filed on August 31, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Christopher T. Pacheco,<br><br>                        Debtor. | Case No.:   22-17061-JNP<br><br>Chapter:     13<br><br>Hrg Date:<br><br>Judge:       Hon. Jerrold N. Poslusny, Jr. |

**ORDER RESOLVING JERSEY SHORE FEDERAL CREDIT UNION'S
CERTIFICATION OF DEFAULT**

The relief set forth on the following pages, numbered 2 and 3, is hereby ORDERED.

**DATED: August 31, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: Christopher T. Pacheco
Case No. 22-17061-JNP
Caption of Order: Order Resolving Jersey Shore Federal Credit Union's Certification of Default

This matter having come before the Court upon the Certification of Default filed by Jersey Shore Federal Credit Union ("Credit Union"); the Credit Union and Christopher T. Pacheco ("Debtor") having been parties to a prior consent order resolving a motion for relief from stay, and Debtor having defaulted under that order, thus the Credit Union having filed the Certification of Default; and Debtor having made payments to the Credit Union as a showing of good faith; the current arrears that are not included in the Plan being $866.24 ("Additional Arrears"); and the parties having agreed to resolve the Certification of Default; now therefore;

It is hereby ORDERED as follows:

1. The terms of the previous consent order, entered on the docket at Docket No. 30 on May 25, 2023 ("Prior Consent Order"), are still in effect, such that Debtor shall pay <u>$4,086.20 to the Credit Union through the Plan</u> and is required to maintain required insurance coverage.

2. Debtor shall resume direct, ongoing post-petition payments of $380.62 to the Credit Union under the terms of the loan documents beginning September 15, 2023 ("Direct Payments").

3. <u>In addition to the Direct Payments</u>, Debtor shall pay an additional $144.37 per month to the Credit Union for five (5) months (September 2023, October 2023, November 2023, December 2023, and January 2023) and a final additional payment of $144.39 in February 2024 to cure the Additional Arrears ("Cure Payments").

4. In the event Debtor defaults on the Direct Payments or the Cure Payments; or in the event Debtor defaults on his Plan payments; or in the event Debtor fails to keep the Vehicle properly insured or refuses to provide proof of insurance, then the Credit Union may file a Certification of Default on 14-day notice and seek termination of the automatic stay as to the Vehicle.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-17061-JNP
Christopher T. Pacheco  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: Sep 06, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher T. Pacheco, 330 Monroe Ave, Woodbine, NJ 08270-2317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca K. McDowell | on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Seymour Wasserstrum | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 06, 2023 | Form ID: pdf903 | Total Noticed: 1

on behalf of Debtor Christopher T. Pacheco mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7