Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]  

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-17061 (JNP)

Christopher T. Pacheco  
330 Monroe Avenue  
Woodbine, NJ  08270

Monthly Payment: $472.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/12/2023 | $470.00 | 02/06/2023 | $470.00 | 03/22/2023 | $895.00 | 04/12/2023 | $470.00 |
| 05/01/2023 | $895.00 | 06/07/2023 | $422.00 | 07/11/2023 | $472.00 | 08/07/2023 | $472.00 |
| 09/06/2023 | $472.00 | 10/16/2023 | $472.00 | 11/02/2023 | $472.00 | 12/04/2023 | $472.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTOPHER T. PACHECO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | SEYMOUR WASSERSTRUM, ESQUIRE | 13 | $3,788.00 | $3,788.00 | $0.00 | $3,788.00 |
| 1 | CAPITAL ONE, N.A. | 33 | $3,764.27 | $0.00 | $3,764.27 | $0.00 |
| 2 | LVNV FUNDING, LLC | 33 | $1,420.13 | $0.00 | $1,420.13 | $0.00 |
| 3 | LVNV FUNDING, LLC | 33 | $633.44 | $0.00 | $633.44 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $1,214.69 | $0.00 | $1,214.69 | $0.00 |
| 5 | FT&T/MERCURY FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JERSEY SHORE F.C.U. | 24 | $4,086.20 | $1,335.45 | $2,750.75 | $1,335.45 |
| 10 | LENDING POINT LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CITIBANK, N.A. | 33 | $1,452.78 | $0.00 | $1,452.78 | $0.00 |
| 12 | MACYS/CITI BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | OFFICE OF ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ROCKET MORTGAGE, LLC | 24 | $5,255.51 | $1,036.86 | $4,218.65 | $1,036.86 |
| 15 | STATE OF NJ, DIVISION OF TAXATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | THD/CBNA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $265.15 | $0.00 | $265.15 | $0.00 |
| 18 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | WOODBINE BOROUGH OFFICE | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SEYMOUR WASSERSTRUM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | JERSEY SHORE F.C.U. | 33 | $1,600.68 | $0.00 | $1,600.68 | $0.00 |
| 23 | JERSEY SHORE F.C.U. | 33 | $4,033.40 | $0.00 | $4,033.40 | $0.00 |
| 24 | CAPITAL ONE, N.A. | 33 | $586.81 | $0.00 | $586.81 | $0.00 |
| 25 | ROCKET MORTGAGE, LLC | 13 | $538.00 | $538.00 | $0.00 | $538.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2022 | 7.00 | $0.00 |
| 05/01/2023 | Paid to Date | $4,612.00 |
| 06/01/2023 | 52.00 | $472.00 |
| 10/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,454.00 |
| Total paid to creditors this period: | $6,698.31 |
| Undistributed Funds on Hand: | $426.69 |
| Arrearages: | $522.00 |
| Attorney: | SEYMOUR WASSERSTRUM, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**