Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−17061−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher T. Pacheco
   aka Christopher Trumain Pacheco, aka
   Chris T. Pacheco, aka Christoph T.
   Pacheco
   330 Monroe Ave
   Woodbine, NJ 08270

Social Security No.:
   xxx−xx−3332

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 5/16/25 at 10:00 AM

to consider and act upon the following:

*53* – Certification in Opposition to (related document:52 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 04/10/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Seymour Wasserstrum on behalf of Christopher T. Pacheco. (Wasserstrum, Seymour)

Dated: 4/11/25

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court