Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−17061−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher T. Pacheco
   aka Christopher Trumain Pacheco, aka
   Chris T. Pacheco, aka Christoph T.
   Pacheco
   330 Monroe Ave
   Woodbine, NJ 08270

Social Security No.:
   xxx−xx−3332

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/16/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 16, 2025
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-17061-JNP
Christopher T. Pacheco  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: May 16, 2025      Form ID: 148      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher T. Pacheco, 330 Monroe Ave, Woodbine, NJ 08270-2317 |
| 519698764 | + | FT&T/Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 519698772 | | Macys/Citi Bank, N.A., 911 Duke Blvd, Mason, OH 45040 |
| 519698773 | + | Macys/Citi Bank, N.A., PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519698775 | + | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519710585 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519698779 | + | Woodbine Borough Office, 501 Washington Ave, Woodbine, NJ 08270-2024 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | May 16 2025 20:51:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 519698755 | + | EDI: CAPITALONE.COM | May 17 2025 00:40:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519752104 | + | EDI: AIS.COM | May 17 2025 00:40:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519744987 | | EDI: Q3G.COM | May 17 2025 00:40:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519698759 | + | Email/PDF: creditonebknotifications@resurgent.com | May 16 2025 21:04:42 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519698761 | + | Email/PDF: creditonebknotifications@resurgent.com | May 16 2025 21:05:18 | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519698763 | + | Email/Text: Mercury@ebn.phinsolutions.com | May 16 2025 20:50:00 | FB&T/Mercury, 700 22nd Avenue South, Brookings, SD 57006-2822 |
| 519698767 | | EDI: IRS.COM | May 17 2025 00:40:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519698768 | | Email/Text: assetrecovery@jerseyshorefcu.org | May 16 2025 20:50:00 | Jersey Shore FCU, 1434 New Rd, Northfield, NJ 08225 |
| 519735060 | + | Email/Text: rmcdowell@slgcollect.com | May 16 2025 20:51:00 | Jersey Shore Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, |

Case 22-17061-JNP    Doc 57    Filed 05/18/25    Entered 05/19/25 00:14:40    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2025 | Form ID: 148 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | Cherry Hill, NJ 08034-1925 |
| 519698771 | | Email/Text: Bkynotices@lendingpoint.com | May 16 2025 20:51:00 | Lending Point LLC, 1201 Roberts Blvd, Bldg B200, Kennesaw, GA 30144 |
| 519740267 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2025 21:05:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519698774 | ^ | MEBN | May 16 2025 20:49:50 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519766189 | | EDI: PRA.COM | May 17 2025 00:40:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk VA 23541 |
| 519755976 | | EDI: Q3G.COM | May 17 2025 00:40:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519698776 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 16 2025 20:50:00 | State Of NJ, Division Of Taxation, PO Box 245, Dept. Of Treasury, Trenton, NJ 08695-0245 |
| 519698777 | + | EDI: CITICORP | May 17 2025 00:40:00 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 519698778 | + | EDI: CITICORP | May 17 2025 00:40:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519698756 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519698757 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519698758 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519698760 | *+ | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519698762 | *+ | Credit One Bank, 6801 S. Cimarron Rd, Las Vegas, NV 89113-2273 |
| 519698765 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519698766 | * | Internal Revenue Service, PO Box 725 Special Procedures Function, Springfield, NJ 07081 |
| 519698769 | *P++ | JERSEY SHORE FCU, 1434 NEW ROAD, NORTHFIELD NJ 08225-1104, address filed with court:, Jersey Shore FCU, 1434 New Rd, Northfield, NJ 08225 |
| 519698770 | *P++ | JERSEY SHORE FCU, 1434 NEW ROAD, NORTHFIELD NJ 08225-1104, address filed with court:, Jersey Shore FCU, 1434 New Rd, Northfield, NJ 08225 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 16, 2025 | Form ID: 148 | Total Noticed: 27 |

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC tue67813@temple.edu |
| Rebecca K. McDowell | on behalf of Creditor Jersey Shore Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Seymour Wasserstrum | on behalf of Debtor Christopher T. Pacheco mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8