Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 22−17061−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Christopher T. Pacheco
    aka Christopher Trumain Pacheco, aka
    Chris T. Pacheco, aka Christoph T.
    Pacheco
    330 Monroe Ave
    Woodbine, NJ 08270

Social Security No.:
    xxx−xx−3332

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 24, 2025</u>
                              <u>Jerrold N. Poslusny Jr.</u>
                              Judge, United States Bankruptcy Court